| Doe | IP Address | Hit Date and UTC Time | ISP | City | County |
|---|---|---|---|---|---|
| 1 | 76.93.208.68 | 6/30/14 08:31:11 AM | Time Warner Cable | Honolulu | Honolulu County |
| 2 | 24.25.247.237 | 6/25/14 09:59:05 AM | Time Warner Cable | Honolulu | Honolulu County |
| 3 | 98.150.156.69 | 6/24/14 07:09:21 AM | Time Warner Cable | Honolulu | Honolulu County |
| 4 | 98.150.209.118 | 6/23/14 03:05:35 PM | Time Warner Cable | Mililani | Honolulu County |
| 5 | 72.130.24.231 | 6/18/14 11:35:09 PM | Time Warner Cable | Kailua Kona | Hawaii County |
| 6 | 98.150.241.236 | 6/14/14 04:19:28 AM | Time Warner Cable | Honolulu | Honolulu County |
| 7 | 66.91.251.41 | 6/11/14 05:36:15 AM | Time Warner Cable | Kaneohe | Honolulu County |
| 8 | 66.75.107.51 | 6/8/14 05:21:20 AM | Time Warner Cable | Mililani | Honolulu County |
| 9 | 72.235.203.14 | 6/5/14 02:58:56 AM | Hawaiian Telcom | Kihei | Maui County |
| 10 | 66.91.113.166 | 6/3/14 06:51:40 AM | Time Warner Cable | Kaneohe | Honolulu County |
| 11 | 66.91.35.37 | 6/2/14 02:23:54 AM | Time Warner Cable | Honolulu | Honolulu County |
| 12 | 76.93.205.58 | 5/31/14 07:46:55 PM | Time Warner Cable | Honolulu | Honolulu County |
| 13 | 70.95.145.19 | 5/27/14 05:33:54 AM | Time Warner Cable | Honolulu | Honolulu County |
| 14 | 72.234.108.23 | 5/26/14 04:04:32 AM | Hawaiian Telcom | Hilo | Hawaii County |
| 15 | 72.130.76.170 | 5/23/14 06:11:35 AM | Time Warner Cable | Kapolei | Honolulu County |
| 16 | 24.94.84.92 | 5/20/14 11:45:10 PM | Time Warner Cable | Honolulu | Honolulu County |
| 17 | 72.234.53.19 | 5/13/14 08:32:12 AM | Hawaiian Telcom | Ewa Beach | Honolulu County |
| 18 | 72.130.174.198 | 5/11/14 02:19:34 AM | Time Warner Cable | Kihei | Maui County |
| 19 | 98.155.176.239 | 5/11/14 12:38:06 AM | Time Warner Cable | Hilo | Hawaii County |
| 20 | 72.235.0.50 | 5/6/14 04:43:55 AM | Hawaiian Telcom | Aiea | Honolulu County |

**Exhibit "1"**