THE LAW OFFICE OF GREGORY A. FERREN
Gregory A. Ferren, Bar No. 6476
411 Hobron Lane, Suite 2014
Honolulu, Hawai'i  96815
Telephone:  (808) 947-1605
Facsimile:   (888) 705-0511
E-Mail:        greg@ferrenlaw.com

Attorney for Plaintiff
Dallas Buyers Club, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Dallas Buyers Club, LLC, | ) | **Case No. 1:14-cv-330-ACK-RLP** |
| --- | --- | --- |
|  | ) | (Copyright) |
| Plaintiff, | ) |  |
| vs. | ) | **CORPORATE DISCLOSURE** |
|  | ) | **STATEMENT** |
| DOES 1 THROUGH 22, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Dallas Buyers Club, LLC ("Plaintiff") hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P.  Plaintiff is a Texas limited liability company. Plaintiff does not have a parent corporation and no

publically-held corporation owns more than 10% of Plaintiff.

DATED: Honolulu, Hawaii, August 9, 2014.

                THE LAW OFFICE OF GREGORY A. FERREN

                /s/ Gregory A. Ferren
                Gregory A. Ferren

                Attorney for Plaintiff
                Dallas Buyers Club, LLC