IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>DOES 1 THROUGH 20,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 14-00330 ACK-RLP<br>)<br>)<br>)<br>)<br>) |

### ORDER OF RECUSAL

To avoid any appearance of impropriety, conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, August 11, 2014



_____
Alan C. Kay
Senior United States District Judge

<u>Dallas Buyers Club, LLC v. Does 1 Through 20</u>, Civ. No. 14-00330 ACK-RLP, Order of Recusal